IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RANDALL HOUSEMAN,

        Plaintiff,                    No. CIV S-10-1426 DAD P

        vs.

CHRISTOPHER SMITH, et al.,

        Defendants.             ORDER

        Plaintiff has requested an extension of time to file an opposition to defendants' February 22, 2011 motion to compel. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's March 11, 2011 motion for an extension of time (Doc. No. 16) is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file and serve an opposition to the motion to compel. Any reply shall be filed and served in accordance with Local Rule 230(l).

DATED: March 23, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kly/4
hous1426.36opp