IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RANDALL HOUSEMAN,

        Plaintiff,                    No. CIV S-10-1426 DAD P

    vs.

CHRISTOPHER SMITH, et al.,

        Defendants.          <u>ORDER</u>

_____/

        Defendants have filed a nunc pro tunc motion for an extension of time to file a motion for summary judgment. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Defendants' April 27, 2012 nunc pro tunc motion to modify the scheduling order (Doc. No. 29) is granted; and

        2. Defendants shall file and serve their motion for summary judgement on or before May 23, 2012. Plaintiff's opposition or statement of non-opposition to the motion shall

/////
/////
/////
/////
/////

1

1  be filed and served twenty-one days after the date of service of the motion.  Defendants' reply, if
2  any, shall be filed no later than seven days after the opposition is served.
3  DATED: April 30, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
hous1426.36msj2